IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-41545
(Summary Calendar)
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

SANTOS RODRIGUEZ,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
(B-98-CR-402-04)
--------------------
December 11, 2000

Before HIGGINBOTHAM, WIENER, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

    The attorney appointed to represent Defendant-Appellant Santos
Rodriguez has moved for leave to withdraw and has filed a brief in
accordance with Anders v. California, 386 U.S. 738 (1967).
Rodriguez was notified of counsel's motion and brief but has not
filed a response to counsel's motion.  Both counsel's brief and our
independent review of the record show that there are no
nonfrivolous issues for appeal.  Consequently, counsel's motion for
leave to withdraw is GRANTED, counsel is excused from further

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

responsibilities herein, and the APPEAL IS DISMISSED.  <u>See</u> 5TH CIR. R. 42.2.

S:\OPINIONS\UNPUB\98\98-41545.0
4/29/04  4:51 am